# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIGERATI TECHNOLOGIES, INC., | |
| Plaintiff, | Case No.: 2:13-cv-00191-JAD-VCF |
| v. | **Order Approving Report and Recommendation (#33) and Denying Remaining Motions (#6, #14, #20, #25, #28, and #34)** |
| OLEUM CAPITAL, LLC, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (Doc. #33) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered August 7, 2013. Judge Ferenbach recommended that this Court grant Plaintiff Digerati's unopposed Motion to Dismiss (Doc. #26), dismiss the action without prejudice, and deny motions #6, #14, #20, #25, and #28 as moot. (Doc. #33 at 3.)

Also pending before the Court is the Lunaria Heritage Trust and Scott Hepford's Second Amended Motion to File an Original Petition in Intervention (Doc. #34), filed August 8, 2013.

Pursuant to Local Rule IB 3-2(a), any objection to the Magistrate Judge's Report and Recommendation must be filed within fourteen days from date of service. No objection was filed.

Based on the unopposed nature of the motion, along with the findings set forth by the Magistrate Judge (Doc. #33) and the absence of any timely objection thereto, and upon good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (Doc. **#26**) is **GRANTED**;

**IT IS FURTHER ORDERED** that all pending motions (Docs. **#6, #14, #20, #25, #28, and #34**) are hereby **DENIED** as moot;

1  **IT IS FURTHER ORDERED** that **this action is hereby DISMISSED** without prejudice.

2  DATED August 22, 2013.

_____
Jennifer A. Dorsey
United States District Judge